UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CHRISTOPHER S. O'NEAL        CIVIL ACTION NO. 15-cv-2686

VERSUS        JUDGE FOOTE

GARY LOFTIN, ET AL        MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Preliminary Injunction and Protection Order Over All Records (Doc. 1)** is **denied** and this action is **dismissed without prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE